NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RENE MILES,                                )
                                           )
            Appellant,                     )
                                           )
v.                                         )        Case No. 2D17-4219
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____)

Opinion filed August 30, 2019.

Appeal from the Circuit Court for Collier
County; Frederick R. Hardt, Judge.

Philip L. Reizenstein of Reizenstein &
Associates, Miami, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Cynthia Richards,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.


LaROSE, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.